```
                         United States Bankruptcy Court
                         Middle District of North Carolina
```

In re:                                                              Case No. 17-10169-cra
Sharon Williams Green                                               Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0418-2          User: whitesell            Page 1 of 1              Date Rcvd: May 05, 2017
                              Form ID: pdf013            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
db          Sharon Williams Green,    507 Rosecrest Drive,    High Point, NC 27260-4270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2017 at the address(es) listed below:
         Anita Jo Kinlaw Troxler,   office@chapter13gboro.com,  office5@chapter13gboro.com
         Donald Ray Buie   on behalf of Debtor Sharon Williams Green buiebankruptcy@bellsouth.net,
          G28035@notify.cincompass.com
         Travis Emil Menk   on behalf of Creditor   MidFirst Bank travis.menk@brockandscott.com,
          cltecfnotices@brockandscott.com;wbecf@brockandscott.com
                                                                                                                             TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| GREEN, SHARON WILLIAMS    xxx-xx-8814 | ) | |
| 507 ROSECREST DRIVE | ) | No:   17-10169   C-13G |
| HIGH POINT, NC 27260-4270 | ) | |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

The petition in this case was filed February 14, 2017. MidFirst Bank is scheduled as a secured continuing long term debt claimant to be paid through the disbursements by the Trustee under the Debtor's plan. On May 2, 2017 MidFirst Bank filed a Notice of Mortgage Payment Change indicating the regular monthly payment on the mortgage account to change to $531.85 per month effective with the payment for June 2017. The plan payment will need to increase to $1,160.00 per month effective with the payment for June 2017 in order to deal with the increase in the mortgage payment. The Trustee recommends that an Order be entered modifying the plan with plan payment to increase to $1,160.00 per month effective June 2017.

Date:   May 4, 2017                                                                                                                    s/Anita Jo Kinlaw Troxler
AJKT:lac                                                                                                                                          Standing Trustee

-------------------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before   June 5, 2017   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on   June 20, 2017   at 2:00 p.m., in the following location:

*Courtroom #2*
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

Date:   **May 5, 2017**                                                                                                                OFFICE OF THE CLERK
                                                                                                                                                        U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
17-10169 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27401-1720

SHARON WILLIAMS GREEN
507 ROSECREST DRIVE
HIGH POINT, NC 27260-4270

DONALD R BUIE ESQ
P O BOX 20031
WINSTON SALEM, NC 27120-0031