C-13-15(a)Motion
(Rev. 10/06)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| GREEN, SHARON WILLIAMS        xxx-xx-8814 | ) | |
| 507 ROSECREST DRIVE | ) | No:   17-10169   C-13G |
| HIGH POINT, NC 27260-4270 | ) | |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed May 9, 2017.  On July 29, 2017 Claim 4 was filed on behalf of United Consumer Financial Services in the total amount of $1,847.00 with the claim filed as secured in the amount of $500.00 in reference to a lien against a vacuum cleaner and unsecured in the amount of $1,347.00.  The Trustee is informed and believes that the bar date for filing claims expired June 26, 2017 and that adequate notice of the petition filing was provided to United Consumer Financial Services prior to the bar date for filing claims expiring.  The Trustee objects to the late filed unsecured portion of Claim 4 of United Consumer Financial Services in the amount of $1,347.00 due to the failure of the claim to be timely filed.  The Trustee recommends that an Order be entered scheduling the secured portion of Claim 4 of United Consumer Financial Services filed in the amount of $500.00 to be paid in full in monthly installments of $36.00 with interest at 5.75% per annum.  The Trustee recommends that an Order be entered sustaining the Trustee's objection to the unsecured portion of Claim 4 of United Consumer Financial Services in the amount of $1,347.00 and disallowing the unsecured portion of Claim 4 in full.

Date:   August 10, 2017                                         s/Anita Jo Kinlaw Troxler
AJKT:lac                                                              Standing Trustee

--------------------------------------------------------------------------------------------------------------------------------
### NOTICE
TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before   September 19, 2017   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  October 17, 2017  at 2:00 p.m., in the following location:

*Courtroom **#2***
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

Date:   **August 10, 2017**                                    OFFICE OF THE CLERK
                                                                         U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
17-10169 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

SHARON WILLIAMS GREEN
507 ROSECREST DRIVE
HIGH POINT, NC 27260-4270

DONALD R BUIE ESQ
P O BOX 20031
WINSTON SALEM, NC 27120-0031

ATTN MANAGING AGENT **(Not on Matrix)**
UNITED CONSUMER FINANCIAL SERVICES
865 BASSETT ROAD
WESTLAKE, OH 44145−1142

UNITED CONSUMER FINANCIAL SERV
% BASS & ASSOCIATES, P.C.
3936 E. FT. LOWELL ROAD, SUITE #200
TUCSON, AZ 85712